UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ANDRE R. LEVESQUE,

                         Plaintiff,

   -v-                                 No. 9:10-CV-0787
                                    (DNH/DEP)

CLINTON COUNTY, also known as Clinton County
Correctional Facility; JOHN DOE, Lieutenant; and
JOHN DOE(S), Corrections Guards,

                        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                              OF COUNSEL:

ANDRE R. LEVESQUE,
Plaintiff Pro Se
20090446
Clinton County Jail
25 McCarthy Drive
Plattsburgh, NY 12901

LEMIRE JOHNSON, LLC                   GREGG T. JOHNSON, ESQ.
Attorneys for Defendant Clinton County    APRIL J. LAWS, ESQ.
P.O. Box 2485                                    MARY ELIZABETH KISSANE, ESQ.
2534 Route 9
Malta, NY 12020


DAVID N. HURD
United States District Judge

## DECISION and ORDER

       Plaintiff brought this civil rights action pursuant to 42 U.S.C. § 1983 and the

Americans with Disabilities Act. On May 24, 2013, the Honorable David E. Peebles, United

States Magistrate Judge, advised, by Report-Recommendation that plaintiff's complaint be

dismissed in its entirety. Plaintiff timely filed objections to the Report-Recommendation, along with five additional submissions between the time the Report-Recommendation was issued and the deadline for objections. Defendants timely filed a response to plaintiff's objections.

Based upon a de novo review, the Report-Recommendation is accepted. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

Plaintiff's complaint is dismissed.

The Clerk is directed to enter judgment accordingly.

IT IS SO ORDERED.

_____
United States District Judge

Dated: June 26, 2013
       Utica, New York.